**The Honorable Melinda MONNET, District Judge, Seventh Judicial District, State of Oklahoma, Petitioner,**

v.

**The Honorable Leamon FREEMAN, Presiding Judge, Seventh Judicial District, State of Oklahoma, Respondent.**

No. 78274.

Supreme Court of Oklahoma.

Sept. 19, 1991.

As Corrected Dec. 19, 1991.

ORDER DENYING RELIEF

The court treats the paperwork on file *both* as an application to invoke its original jurisdiction under Art. 7, § 4, Okl. Const., and as the petitioner's quest for this court's administrative review—in the exercise of powers conferred upon it by Art. 7, § 6, Okl. Const.—of petitioner's assignment by the respondent to the probate division of the District Court, Oklahoma County.

On consideration of the paperwork laid before it, the court denies the relief sought. Art. 7, § 10(b), Okl. Const.; 20 O.S.1981 § 23, subdiv. (2); Rule 2, Rules on Administration of Courts, 20 O.S. 1981, Ch. 1, App. 2; *Graham v. Cannon*, Okl., 574 P.2d 305, 309 [1978].

OPALA, C.J., HODGES, V.C.J., and SIMMS, HARGRAVE and ALMA WILSON, JJ., concur.

KAUGER and SUMMERS, JJ., concur in result.

LAVENDER and DOOLIN, JJ., dissent.

SUMMERS, Justice with whom KAUGER, Justice joins, concurring in result.

I would assume original jurisdiction and deny Petitioner the relief sought based upon the authorities as cited by the majority in its Order. That having been done I would view as unnecessary any action of an administrative nature.